### DITMER v BOARD OF COUNTY COMMISSIONERS

Ohio Appeals, 2nd Dist, Montgomery Co

No 1686. Decided May 20, 1941.

By BARNES, J.

The above entitled cause is now being determined as an error proceeding by reason of plaintiff's appeal on questions of law from the judgment of the Court of Common Pleas of Montgomery County, Ohio.

The identical question is presented in this case as is presented in case No. 1687, this day decided, and for the same reasons the judgment of the trial court will be affirmed and costs adjudged against the appellant.

GEIGER, PJ. & HORNBECK, J., concur.